TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00311-CV

James R. George, Appellant

v.

Dennis Cornelison and Dianne Cornelison, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. 97-08316, HONORABLE MARY PEARL WILLIAMS, JUDGE PRESIDING

PER CURIAM

 We will dismiss this cause of action for want of prosecution. When this Court's
clerk notified the trial-court clerk that the clerk's record was overdue, the trial-court clerk
responded by letter that appellant had not paid or made arrangements to pay for the preparation
of the clerk's record. The clerk also informed this Court that the trial court had sustained a
contest to appellant's affidavit of inability to pay the costs of appeal. By letter dated August 3,
1998, this Court's clerk requested a response from appellant regarding his plans to pay for the
clerk's record. This Court's clerk warned that dismissal could ensue from a failure to arrange to
have the record prepared. By letter, appellant's attorney acknowledged his client had neither paid
nor made arrangements to pay for preparation of the clerk's record, and asserted that he did not
have the funds to do.

 We therefore dismiss this appeal for want of prosecution for failure to make
arrangements to pay for the preparation of the clerk's record. See Tex. R. App. P. 37.3(b).

Before Chief Justice Yeakel, Justices Jones and B. A. Smith

Dismissed for Want of Prosecution

Filed: September 24, 1998

Do Not Publish